IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

MONICA LAY,                                  PLAINTIFF

V.                                         CIVIL ACTION NO. 2:17-cv-04572
                                           *Judge Thomas E. Johnston*

SYNCHRONY BANK,
CROWN ASSET MANAGEMENT, LLC and
DYNAMIC RECOVERY SOLUTIONS LLC,      DEFENDANTS

## NOTICE OF SETTLEMENT

Plaintiff, Monica Lay, by counsel, Ralph C. Young, hereby submits this Notice of Settlement to notify the court that the lawsuit has been settled. Counsel will submit an Order of Dismissal within thirty days.

**MONICA LAY**

BY COUNSEL

HAMILTON, BURGESS, YOUNG
     & POLLARD, *pllc*

BY:    /s/ Ralph C. Young
         Ralph C. Young *(W. Va. Bar #4176)*
           ryoung@hamiltonburgess.com
         Christopher B. Frost *(W. Va. Bar #9411)*
           cfrost@hamiltonburgess.com
         Steven R. Broadwater, Jr. *(W. Va. Bar #11355)*
           sbroadwater@hamiltonburgess.com
         *Counsel for Plaintiff*
         P. O. Box 959
         Fayetteville, WV 25840
         304-574-2727

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

MONICA LAY,                                            PLAINTIFF

V.                                                    CIVIL ACTION NO. 2:17-cv-04572
                                                       *Judge Thomas E. Johnston*

SYNCHRONY BANK,
CROWN ASSET MANAGEMENT, LLC and
DYNAMIC RECOVERY SOLUTIONS LLC,      DEFENDANTS

## CERTIFICATE OF SERVICE

The undersigned attorney, **RALPH C. YOUNG**, certifies that I have filed the **NOTICE OF SETTLEMENT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants on the 30th day of January, 2018, to the following:

>Bryant J. Spann
>    bspann@tcspllc.com
>M. David Griffith, Jr.
>    dgriffith@tcspllc.com
>Joseph K. Merical
>    jmerical@tcxpllc.com
>THOMAS COMBS & SPANN, PLLC
>P. O. Box 3824
>Charleston, WV 25338
>*Counsel for Defendants Synchrony Bank, Crown Asset Management, LLC and Dynamic Recovery Solutions LLC*

                                                             /s/ Ralph C. Young
                                                             **RALPH C. YOUNG**